Mildred Sturgeon, Administratrix of Estate of John E. Sturgeon, Deceased, Appellee, v. Clifton Quarton, Minor, by Lester K. Vandever, Appellant.

Gen. No. 9,346. 

 Heard in this court at October term, 1942; opinion filed October 29, 1942. John T. Dickinson and Hill & Vandever, for appellant; Dennis J. Godfrey, for appellee. Opinion by PRESIDING JUSTICE RIESS. "Not to be published in full."